# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 17-2800 | In The United States District Court for The Eastern District of Pennsylvania | | 1502559 (31552) |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Trustees of the National Elevator Industry Pension and Health Benefit Plans, et al. | Patriot Elevator LLC, et al. |

| Received by: | For: |
|---|---|
| Legal Errands Inc. | O'Donoghue & O'Donoghue LLP |

| To be served upon: |
|---|
| Patriot Elevator LLC |

I, Elizabeth Quinones, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Patriot Elevator LLC, 25 Clark Drive, Howell, NJ 07731
**Manner of Service:** Authorized, Jul 5, 2017, 1:05 pm EDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Jul 5, 2017, 1:05 pm EDT at 25 Clark Drive, Howell, NJ 07731 received by Patriot Elevator LLC. Age: 40-45; Ethnicity: Caucasian; Gender: Male; Weight: 250; Height: 5'10"; Hair: Brown;
By handing documents to an Officer/person in charge: Michael Bruce, Owner

FILED
JUL 18 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Elizabeth Quinones    Date 7/7/17

Legal Errands Inc.
1200 Lincoln Ave., Ste D
Prospect Park, PA 19076
215-751-1124

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
Date 7/7/17    Commission Expires

DAWN RODRIGUEZ
ID # 2436529
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires July 22, 2018

# AFFIDAVIT OF SERVICE

| Case: 17-2800 | Court: In The United States District Court for The Eastern District of Pennsylvania | County: | Job: 1502567 (31552) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Trustees of the National Elevator Industry Pension and Health Benefit Plans, et al. | | **Defendant / Respondent:** Patriot Elevator LLC, et al. | |
| **Received by:** Legal Errands, Inc. | | **For:** O'Donoghue & O'Donoghue LLP | |
| **To be served upon:** Michael Bruce | | | |

I, Elizabeth Quinones, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Michael Bruce, 25 Clark Drive, Howell, NJ 07731
**Manner of Service:** Personal/Individual, Jul 5, 2017, 1:05 pm EDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Jul 5, 2017, 1:05 pm EDT at 25 Clark Drive, Howell, NJ 07731 received by Michael Bruce. Age: 40-45; Ethnicity: Caucasian; Gender: Male; Weight: 250; Height: 5'10"; Hair: Brown;
By handing documents to Michael Bruce personally.

Elizabeth Quinones    Date 7/7/17

Legal Errands, Inc.
1200 Lincoln Ave., Ste. D
Prospect Park, PA 19076
215-751-1124

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
Date 7/7/17    Commission Expires

FILED
JUL 18 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

DAWN RODRIGUEZ
ID # 2436529
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires July 22, 2018