IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, HEALTH BENEFIT, EDUCATIONAL, ELEVATOR INDUSTRY WORK PRESERVATION FUNDS, ELEVATOR CONSTRUCTORS ANNUITY AND 401(K) RETIREMENT PLAN,**<br>　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**PATRIOT ELEVATOR LLC, and MICHAEL BRUCE,**<br>　　　　　**Defendants.** | CIVIL ACTION<br><br><br><br>NO. 17-2800 |

## O R D E R

**AND NOW**, this 10th day of January, 2018, upon consideration of Motion for Entry of Judgment by Default and Plaintiffs' Motion for Attorney's Fees and Costs (Document No. 4, filed November 21, 2017), with attached exhibits, it appearing that defendants were duly served with copies of the Summons and Complaint and, notwithstanding the passage of time for responding, defendants having failed to file a response to the Complaint or to the pending Motion for Entry of Judgment by Default and Plaintiffs' Motion for Attorney's Fees and Costs, **IT IS ORDERED** that Motion for Entry of Judgment by Default and Plaintiffs' Motion for Attorney's Fees and Costs are **GRANTED** and **JUDGMENT IS ENTERED** in favor of plaintiffs, Trustees of the National Elevator Industry Pension, Health Benefit, Educational, Elevator Industry Work Preservation Funds, Elevator Constructors Annuity and 401(k) Retirement Plan, and **AGAINST** defendants, Patriot Elevator LLC and Michael Bruce, in the amount of $133,043.18, comprised of the following:

1. $13,974.14 in contributions and interest found due in an audit for the period of January 1, 2013, through December 31, 2013, plus additional accrued interest of $1,421.04 and audit fees of $3,005.00;

2. $53,635.42 in contributions and interest found due in an audit for the period of January 1, 2014, through December 31, 2014, plus additional accrued interest of $4,488.56 and audit fees of $4,660.00;

3. $25,842.65 in estimated contributions for the months of July 2014 and June 2015;

4. $18,466.37 in liquidated damages;

5. $7,000.00 in attorney's fees and $550.00 in costs expended for bringing this lawsuit; and,

6. Any other contributions and interest that become due and owing, whether reported and/or unreported, through the date of the Judgment.

                                                **BY THE COURT:**

                                                **/s/ Hon. Jan E. DuBois**

                                                **DuBOIS, JAN E., J.**